IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION


VANDON SCOTT JOHNSON,
      Plaintiff,


v.                                 Case No. 3:09cv507/MCR/EMT


BEL-MAC ROOFING, INC., and
WILLIAM BELL, JR.,
      Defendants.
_____/


## ORDER, REPORT and RECOMMENDATION

Defendants in this case filed a motion for sanctions or, in the alternative, for an order extending the discovery deadline and requiring Plaintiff to comply with his discovery obligations (Doc. 32), to which Plaintiff responded (Doc. 33). By order dated July 1, 2010, the district court referred this matter to the undersigned to conduct a Rule 16 conference regarding the status of discovery undertaken and the amount of discovery yet to be completed, as well as an evidentiary hearing on Defendants' pending motion (Doc. 34). This court set the Rule 16 conference and evidentiary hearing for July 13, 2010 (Doc. 36). By separate order, it also directed the parties to confer prior to those proceedings in a good-faith effort to resolve the matters at issue, prior to entry of a report and recommendation to the district court (Doc. 35). This court further advised that, if the parties' conference was successful, i.e., obviated the need for an immediate Rule 16 conference and evidentiary hearing, the July 13, 2010, proceedings would be continued. The parties have now, as instructed, filed a Joint Notice regarding the results of their conference (Doc. 37).

In their Notice the parties advise that they have agreed upon the following amended discovery deadlines, subject to the district court's approval. The parties' agreement, as quoted verbatim from their Notice, is as follows:

(1) Discovery Deadline

The parties agree to extend the discovery deadline to July 30, 2010, to afford additional time to complete discovery. Plaintiff agrees that his deposition must take place no later than July 30, 2010.

(2) Dispositive Motion Deadline

Plaintiff does not intend to file a Dispositive Motion and believes no Motion for Summary Judgment can resolve the issues in dispute in this case, which center around material disputes of fact. Defendants intend to file a Motion for Summary Judgment, and the parties agree to an amended dispositive motion deadline of August 20, 2010, so that discovery can be completed before expiration of the deadline.

(3) Mediation Deadline

The parties believe that mediation will be most productive after the discovery addressed in the Defendants' motion has been completed and therefore agree to extend the deadline for completing mediation to July 30, 2010.

The parties respectfully submit that the amended deadlines set forth herein do not adversely affect the trial calendar set for February 22, 2011 and likewise will not significantly extend or substantially affect the other pretrial deadlines herein.

(Doc. 37 at 1–2). Additionally, the parties state that, if the district court accepts this proposed revised discovery schedule, the Defendants will agree to withdraw their motion for sanctions (*id.* at 2).

As the parties' foregoing agreement appears to reasonably accommodate both the parties' and the district court's concerns regarding the timely completion of any outstanding discovery, this court recommends that the agreement be accepted and that the Final Scheduling Order dated March 30, 2010 (Doc. 24) be modified to so reflect. As the parties have identified no other discovery matters remaining to be addressed or completed, no other modifications to the Final Scheduling Order should be required or permitted.

The Rule 16 conference and evidentiary hearing on Defendants' motion for sanctions scheduled for Tuesday, July 13, 2010, at 1:00 p.m. (CDT), shall be continued. These proceedings will be rescheduled for a later date, as this court or the district court may direct. The clerk shall refer

this report and recommendation to the district court for its consideration on an expedited basis, as set forth below.

Accordingly, it is **ORDERED:**

1.      The Rule 16 conference and evidentiary hearing on Defendants' motion for sanctions scheduled for Tuesday, July 13, 2010, at 1:00 p.m. (CDT), is **CONTINUED.**

2.      The clerk shall **REFER** this report and recommendation to the district court on **WEDNESDAY, JULY 14, 2010**.

3.      If the district court adopts this report and recommendation, and thus accepts the terms of the parties' agreement contained therein, within five (5) business days of adoption Defendants should take action to withdraw their pending motion for sanctions.

And it is respectfully **RECOMMENDED**:

1.      That the parties' agreement, as set forth in the body of this report and recommendation, be accepted and that the Final Scheduling Order dated March 30, 2010 (Doc. 24) be modified to so reflect.

2.      That no other modifications to the Final Scheduling Order be permitted at this time.

At Pensacola, Florida, this 9th day of July 2010.


/s/ Elizabeth M. Timothy
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**


## NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; United States v. Roberts, 858 F.2d 698, 701 (11th Cir. 1988).**