**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

VANDON SCOTT JOHNSON,

        Plaintiff,

v.                              Case No. 3:09cv507/MCR/EMT

BEL-MAC ROOFING, INC., and
WILLIAM BELL, JR.,

        Defendants.
_____/

# O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated July 9, 2010 (Doc. 38).  The parties have been furnished a copy of the report, which has been referred to the district court on an expedited basis because the parties proposed and agreed to the recommendations contained therein.  The parties nevertheless have been afforded a brief opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  The court has made a <u>de novo</u> determination of any timely filed objections.

Having considered the report and recommendation, and any objections thereto filed, the court has determined that the report and recommendation should be adopted.

Accordingly, it is **ORDERED** as follows:

1.      The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.      The Final Scheduling Order (Doc. 24) is modified to the following extent:

(a) The discovery deadline is extended to July 30, 2010.

(b)  Plaintiff's deposition shall be taken no later than July 30, 2010.

(c) The deadline for completing mediation shall be extended to July 30, 2010.

(d)  Dispositive motions shall be filed no later than August 20, 2010.

3.      No other modifications to the Final Scheduling Order are permitted at this time.  Thus, except as provided herein, the provisions of the Final Scheduling Order shall continue to govern.

**DONE AND ORDERED** this 21st day of July, 2010.


_s/ M. Casey Rodgers_

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**